UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

-against-

UNITED STATES DISTRICT JUDGE
KENNETH M. KARAS,

                Defendant.

1:20-CV-7618 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiff, appearing *pro se*, brings this action under 42 U.S.C. § 1981(a) against District Judge Kenneth M. Karas of this Court. The Court dismisses this action for the following reasons.

    Plaintiff has previously submitted to this Court a substantially similar complaint commencing an action against Judge Karas. That action is pending before the Court under docket number 1:20-CV-7532 (CM). As this action raises the same claims, no useful purpose would be served by litigating this duplicative lawsuit. The Court therefore dismisses this action without prejudice to Plaintiff's pending action under docket number 1:20-CV-7532 (CM).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

    The Court dismisses this action without prejudice as duplicative.

2

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  September 17, 2020
         New York, New York

                                            COLLEEN McMAHON
                                       Chief United States District Judge