UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

    -against-

UNITED STATES DISTRICT JUDGE
KENNETH M. KARAS,

                Defendant.

1:20-CV-7618 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued September 17, 2020, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to the pending action under docket number 1:20-CV-7532 (CM). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  September 17, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge